AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-00487

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Heritage Private Equity Group, LLC/ Samuel J. Asfur

was received by me on *(date)*  January 25th, 2018  .

☑ I personally served the summons on the individual at *(place)*  3885 Woodmere Park Boulevard, Suite #3 Venice Florida 34222.  on *(date)*  February 15th, 2018  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 15th, 2018

*Server's signature*

*Printed name and title*

P.O. Box 21395
Bradenton, Florida 34204

*Server's address*

Additional information regarding attempted service, etc: