UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

KEES MOLLEMA,

                       Plaintiff,

-against-

SAMUEL J. ASFUR, *et al.*,

                      Defendants.

------------------------------------------------

18cv487

DEFAULT JUDGMENT ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        This action having been commenced on January 22, 2018 by the filing of a Summons and Complaint (ECF No. 12), and a copy of the Summons and Complaint having been personally served on Samuel J. Asfur, David M. Peck, and Heritage Private Equity Group (the "Defaulting Defendants") on February 15, 2018, and proofs of service having been filed on June 1, 2018 (ECF Nos. 36–38), and the Defaulting Defendants having not appeared or answered the Complaint, and the time for answering the Complaint having expired, it is hereby:

        ORDERED, ADJUDGED, AND DECREED: That Plaintiff has judgment against the Defaulting Defendants in the liquidated amount of $228,506.68, plus pre-judgment interest at the New York statutory rate of 9% accruing from the date of each payment at issue to the date of this Order[1] in the amount of $42,850.83, plus costs and disbursements of this action in the amount of $400, all together amounting to a judgment of $271,757.51.  Defaulting Defendants shall be jointly and severally liable.  Post-judgment interest shall continue to accrue at the New York statutory rate of 9% from the date of this judgment until the judgment is fully satisfied.

---

[1] See Exhibit A.

The Clerk of Court is directed to terminate all pending motions and to mark this case as closed.

Dated: August 23, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

## EXHIBIT A
## PREJUDGMENT INTEREST CALCULATION

|   | Date of Payment | Amount of Payment | Prejudgment Interest |
|---|---|---|---|
| 1 | February 8, 2016 | $5,700 | $1,302.88 |
| 2 | March 22, 2016 | $30,000 | $6,539.18 |
| 3 | May 2, 2016 | $21,577.50 | $4,485.16 |
| 4 | June 13, 2016 | $33,000 | $6,517.73 |
| 5 | July 5, 2016 | $33,000 | $6,338.71 |
| 6 | August 9, 2016 | $22,169.34 | $4,067.01 |
| 7 | October 31, 2016 | $32, 931 | $5,367.30 |
| 8 | December 1, 2016 | $24,660 | $3,830.75 |
| 9 | February 28, 2017 | $33,000 | $4,402.11 |
| **TOTAL** | | | $42,850.83 |